**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Rema Charles v. Dickinson Independent School District, A.C. Kantara, and Taylor Marine Construction of Texas, LLC

Appellate case number:  01-20-00215-CV

Trial court case number:  16CV0880

Trial court:  56th District Court of Galveston County

Appellee, A.C. Kantara, has filed a motion to extend time to file his appellee's brief. Appellant, Rema Charles, filed her appellant's brief on March 30, 2020, thereby establishing a deadline of April 29, 2020 for the filing of a brief by any appellee. *See* TEX. R. APP. P. 38.6(b).  Appellee's motion requests a ninety-day extension of time to file its. The motion is **granted**, in part.

Appellee's brief of A.C. Kantara is due to be filed no later than **June 29, 2020**. Absent extraordinary circumstances, no further extensions will be granted.

It is so ORDERED.

Judge's signature:  _____/s/ Evelyn V. Keyes_____

☑ Acting individually    ☐ Acting for the Court

Date:  __April 28, 2020___